UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                    Case No. 14-36783-BKC-RAM

EDUARDO LOPEZ and IRIS PORTAL,            Chapter 7

    Debtors.
_____/

### TRUSTEE'S MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTORS' CLAIMED EXEMPTIONS AND TO FILE COMPLAINT OBJECTING TO DEBTORS' DISCHARGE

Chapter 7 Trustee, Soneet Kapila (the "Trustee"), by undersigned counsel, pursuant to Fed. R. Bankr. P. 4003 and 4004, requests the Court enter an order extending the Trustee's deadline within which to object to the Debtors' claimed exemptions and to file a complaint objecting to the Debtors' discharge under 11 U.S.C. § 727, up to and including September 21, 2015, and states:

1.    This case was commenced by the filing of a voluntary Chapter 7 petition on December 8, 2014.  Soneet Kapila was appointed interim trustee and became permanent trustee by operation of law.

2.    The Trustee, through undersigned counsel, is in the process of investigating several issues in this case, including whether any grounds exist to object to the Debtors' claimed exemptions and/or the Debtors' discharge.

3.    In furtherance of the Trustee's investigation, on February 6, 2015, undersigned counsel requested that the Debtors provide the Trustee with numerous documents and records.

4.    The Debtors provided some, but not all, of the requested documents and records.

5.    On May 21, 2015, undersigned counsel's office provided an updated list of missing items to the Debtors' counsel.

6.    The Debtors still have not provided the remainder of the requested documents and records.

7.    After receiving the remaining documents and records from Debtors' counsel,

additional time will be needed for the Trustee to complete his investigation into the Debtors' financial affairs.

8.      However, the current deadline within which to object to the Debtors' claimed exemptions and to file a complaint objecting to the Debtors' discharge is August 3, 2015.

9.      Therefore, the Trustee requests an extension of time to object to the Debtors' claimed exemptions, and to file a complaint objecting to the Debtors' discharge up to and including September 21, 2015.

WHEREFORE, the Trustee respectfully requests the Court enter an order extending the deadline within which to object to the Debtors' claimed exemptions, and to file a complaint objecting to the Debtors' discharge under 11 U.S.C. § 727, up to and including September 21, 2015, and for such other and further relief as the Court deems just and proper.

Dated:  August 3, 2015.

LEIDERMAN SHELOMITH, P.A.
Attorneys for Soneet Kapila
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
        JONATHAN S. LEIDERMAN
        Florida Bar No. 0027022
        jleiderman@lslawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served on August 3, 2015 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail to Eduardo Lopez and Iris Portal, 8857 NW 115 St, Hialeah Gardens, FL 33018.

By:_____/s/_____
        Jonathan S. Leiderman