

ORDERED in the Southern District of Florida on August 25, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                    Case No. 14-36783-BKC-RAM

EDUARDO LOPEZ and IRIS PORTAL,            Chapter 7

    Debtors.
_____/

**ORDER GRANTING, IN PART, AND DENYING, IN PART, TRUSTEE'S MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTORS' CLAIMED EXEMPTIONS AND TO FILE COMPLAINT OBJECTING TO DEBTORS' DISCHARGE**

THIS CAUSE came on before the Court on August 20, 2015, at 10:00 a.m., upon the Trustee's Motion for Extension of Time to Object to Debtors' Claimed Exemptions and to File Complaint Objecting to Debtors' Discharge (the "Motion") [ECF No. 37], and the Court, having reviewed the Motion and the file, hearing arguments of counsel, and being otherwise duly advised in the premises,

**ORDERS as follows:**

1.    The Motion is GRANTED, in part, and DENIED, in part, as set forth below.

2.     The Trustee's deadline to file a complaint objecting to the Debtors' discharge under 11 U.S.C. § 727 shall be extended, up to and including September 21, 2015.

3.     However, the Motion is denied with respect to the Trustee's request for an extension of time to object to Debtors' exemptions.

**###**

**Submitted by:**

Felipe Plechac-Diaz, Esq.
Leiderman Shelomith, P.A.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
fplechacdiaz@lslawfirm.net

**Copies furnished to:**

Felipe Plechac-Diaz, Esq.

Attorney Plechac-Diaz is directed to serve copies of this order on all interested parties and to file a certificate of service.