

**ORDERED in the Southern District of Florida on December 14, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                    Case No. 14-36783-BKC-RAM

EDUARDO LOPEZ and IRIS PORTAL,                  Chapter 7

    Debtors.
_____/

**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE
BROKER AND ENTER INTO LISTING AGREEMENTS**

THIS CAUSE came on before the Court on December 10, 2015 at 10:30 a.m., upon the Trustee's Application to Employ Real Estate Broker and Enter Into Listing Agreements (the "Application") and the Affidavit of Disinterestedness attached to the Application.  The Debtor's counsel appeared at the hearing on the Application and objected to the Application (the "Objection").  Upon the representations that the proposed Real Estate Broker, Maria Vasile and Maria Vasile, P.A., hold no interest adverse to the estate in the matters upon which they are engaged, that they are disinterested persons as required by 11 U.S.C § 327(a), and have disclosed any connections with parties set forth in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interests of the estate, and after hearing arguments of counsel and being otherwise duly advised in the premises, it is

**ORDERED** as follows:

1.      The Application is GRANTED and the Objection is OVERRULED.

2.      The Trustee is authorized to employ Maria Vasile and Maria Vasile, P.A. as Real Estate Broker for the Trustee, on the terms described in the Application, including authorizing the payment at closing of a 6% commission rate to be shared with any cooperating broker, and the Trustee is further authorized to enter into the Listing Agreements attached as Exhibit "B" and Exhibit "C" to the Application.

3.      As set forth in the Addendums to the Listing Agreements, no commission shall be due and payable pursuant to the Listing Agreements if the real properties covered by the Listing Agreements are sold to the Debtors or to any person or entity holding a mortgage or other lien on the properties.  However, as further set forth in the Addendums to the Listing Agreement, in the event that Maria Vasile and Maria Vasile, P.A. procure a buyer for either of the real properties, and the aforementioned parties subsequently purchase the subject property, Maria Vasile and Maria Vasile, P.A. shall be paid a commission based upon the purchase price of the contract offer made by the buyer(s), and not the higher purchase offer made by the aforementioned parties.

**###**

**Submitted by:**

Zach B. Shelomith, Esq.
Leiderman Shelomith, P.A.
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
Telephone (954) 920-5355
Facsimile (954) 920-5371
zshelomith@lslawfirm.net

**Copies furnished to:**

Zach B. Shelomith, Esq.

Attorney Shelomith is directed to serve copies of this order on all interested parties and to file a certificate of service.