UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 14-36783-BKC-RAM |
| EDUARDO LOPEZ and IRIS PORTAL, | Chapter 7 |
| Debtors. | |
| _____/ | |

**TRUSTEE'S MOTION TO COMPEL DEBTORS TO PROVIDE
ACCESS TO NON-EXEMPT REAL PROPERTIES**

Chapter 7 Trustee, Soneet R. Kapila (the "Trustee"), by undersigned counsel, pursuant to 11 U.S.C. §§ 105, 541 and 542, respectfully requests the Court enter an order: (a) compelling Eduardo Lopez and Iris Portal (the "Debtors") to provide the Trustee with certain information regarding the tenants (the "Tenants") residing at the non-exempt real properties located at 1275 W 35 St # 23B, Hialeah, FL 33012 and 5936 W 18 Ct # 3-3, Hialeah, FL 33012 (the "Properties"); and (b) allowing the Trustee's professionals access to the Properties, and in support thereof, states:

1. This case was commenced by the filing of a voluntary Chapter 7 petition on December 8, 2014 by Eduardo Lopez and Iris Portal (the "Debtors"). Soneet Kapila was appointed interim trustee and became permanent trustee by operation of law.

2. The Debtors listed on their Schedule "A" an interest in the Properties. The Properties were not claimed as exempt on the Debtors' Schedule "C". Therefore, the Properties are property of the bankruptcy estate pursuant to 11 U.S.C. § 541.

3. Upon information and belief, the Properties have sufficient equity to provide a meaningful distribution to unsecured creditors, and the Trustee is in the process of marketing the Properties for sale, pursuant to 11 U.S.C. § 363.

4. On December 14, 2015, this Court entered an Order Granting Trustee's Application to Employee Real Estate Broker and Enter into Listing Agreements [ECF No. 47].

5.     Currently, the Properties are being rented and occupied by the Tenants. The Debtors are collecting the net rental proceeds, and have turned over a portion of such rental proceeds to the Trustee.

6.     However, since the date that the Trustee's Real Estate Broker was appointed, the Debtors have failed and refused to provide the Trustee or the Trustee's Real Estate Broker with access to the Properties, or with contact information for the Tenants, so that arrangements can be made to show the Properties, despite several attempts by undersigned counsel to obtain such information.

7.     Such failure is preventing the Trustee from properly administering this bankruptcy estate.

**Relief Requested**

8.     The Trustee requests information regarding the Tenants that occupy the Properties. Specifically, the Trustee would like the Tenants' names and phone numbers, so that the Trustee's Real Estate Broker may contact the Tenants and schedule a mutually agreeable time to show the Properties to potential purchasers.  The Debtors have failed and refused to provide the Trustee with this information.

9.     Furthermore, the Trustee requests the Court compel the Debtors to grant the Trustee and his professionals access to the Properties.  The Trustee's Real Estate Broker prefers to work with the Debtors and the Tenants in scheduling a mutually agreeable time to show the Properties to potential buyers.

10.     The Trustee further requests that the Court award sanctions against the Debtors and in favor of the Trustee, for the fees and costs of bringing this Motion.

11.     The Trustee reserves the right to seek additional remedies against the Debtors and the Tenants, should the parties fail to cooperate with the Trustee's efforts in marketing and selling the Properties, including without limitation, seeking break order(s) with regard to the Properties, contempt, sanctions and revocation of the Debtors' discharge.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order: (a) compelling the Debtors to provide the Trustee with certain information regarding the Tenants residing at the Properties; (b) allowing the Trustee's professionals access to the Properties; (c) awarding sanctions for the fees and costs of bringing this Motion; and (d) granting such other and further relief as the Court deems just and proper.

Dated: January 21, 2016

LEIDERMAN SHELOMITH, P.A.
Attorneys for the Trustee
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
     FELIPE PLECHAC-DIAZ
     Florida Bar No. 0105483
     fplechacdiaz@lslawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served on January 21, 2016 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail to Eduardo Lopez and Iris Portal, 8857 NW 115 St, Hialeah Gardens, FL 33018.

By:_____/s/_____
     Felipe Plechac-Diaz